# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARL S. SALLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> **Acting Commissioner of the Social** ) <br> **Security Administration,** ) <br> ) <br> Defendant. ) | Case No. CIV-13-419-SPS |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 25] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 30th day of March, 2015.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**